IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JAMES CROCKETT, JR. PLAINTIFF

V. NO. 2:12CV00151 BSM/JTR

CAROLYN W. COLVIN, DEFENDANT
Acting Commissioner,
Social Security Administration

**ORDER**

The Commissioner's Motion to Stay Further Proceedings, *Doc. #15*, is granted. The briefing schedule will be stayed until the Commissioner notifies the Court that the Department of Justice has returned to normal operations.

IT IS SO ORDERED this 7th day of October, 2013.

UNITED STATES MAGISTRATE JUDGE