**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**JAMES CROCKETT, JR.**                                                                           **PLAINTIFF**

v.                                       **CASE NO. 2:12CV00151 BSM**

**CAROLYN W. COLVIN,**
**Acting Commissioner,**
**Social Security Administration**                                                           **DEFENDANT**

## ORDER

This case is not easy. Petitioner James Crockett, Jr. was shot three times and is suffering the adverse effects of being shot. The administrative law judge essentially agrees that Crockett is suffering the ill effects of his gunshot wounds and that his ability to work is limited. The ALJ denied benefits, however, because Crockett has not shown that his injuries prevent him from working as a counselor, which is a job Crockett held before being shot. It appears from the record, however, that Crockett might have obtained a different outcome had he provided medical proof supporting his contention that the pain medication he takes makes it impossible for him to work, even as a counselor.

On appeal, Magistrate Judge Thomas Ray agreed with the ALJ and recommends affirming. Crockett has not objected to Judge Ray's recommended disposition and has provided no medical proof in support of his contention that he is unable to work. Consequently, the recommendation is approved and adopted in all respects.

Accordingly, Mr. Crockett's complaint [Doc. No. 2] is dismissed with prejudice and the Commissioner's decision is affirmed.

An appropriate judgment shall accompany this order.

IT IS SO ORDERED this 30th day of September 2014.

_____
UNITED STATES DISTRICT JUDGE