**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**JAMES CROCKETT, JR.**                                                                                          **PLAINTIFF**

**v.**                                             **CASE NO. 2:12CV00151 BSM**

**CAROLYN W. COLVIN,**
**Acting Commissioner,**
**Social Security Administration**                                                                   **DEFENDANT**

## JUDGMENT

Consistent with the order that was entered this day, this case is dismissed with prejudice.

DATED this 30th day of September 2014.

_____
UNITED STATES DISTRICT JUDGE